**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RONALD SINGLETON,
    Plaintiff,

vs.

                                      Case No. 3:03cv581/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 28, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The decision of the Commissioner is **REVERSED**, and the Commissioner is ordered to remand this case to the Administrative Law Judge for further proceedings consistent with the report and recommendation, and the Clerk is directed to close the file.

    **DONE AND ORDERED** this 30th day of January, 2006.

                                            *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS
                                           UNITED STATES DISTRICT JUDGE**