**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RONALD SINGLETON,
    Plaintiff,

vs.                                Case No.:  3:03cv581/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 9, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's Motion For Attorney Fees And Costs (Doc. 22) is granted as follows:

    Plaintiff's counsel, Deborah Cooper Horimoto, Esquire, is entitled to recover fees and expenses in the amount of $3,353.45 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); the amount of attorney fees requested under the EAJA is reasonable; and the Commissioner is directed to pay counsel that amount.  Costs in the amount of $150.00 are also awarded, to be paid from the Judgment Fund of the United States Treasury.

    **DONE AND ORDERED** this 8th day of June, 2006.

                                          s/ _M. Casey Rodgers_
                                          **M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE**